UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LUIS A. ESCOBAR,<br><br>           Defendant. | 25 Mag 710<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of the Defendant's email dated June 11, 2026, seeking review of Magistrate Judge Jennifer E. Willis's bail determination (the "Bail Appeal").

It is hereby **ORDERED** that the parties shall appear before the Honorable Dale E. Ho (Part I Judge) on **June 12, 2026, at 3:30 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007

      SO ORDERED.

Dated: June 12, 2026
      New York, New York

_____
      DALE E. HO
     United States District Judge
       Part I Judge

1